| | |
|---|---|
| 1 | J. Andrew Coombs (SBN 123881) |
| 2 | Annie S. Wang (SBN 243027)<br>J. Andrew Coombs, A P. C. |
| 3 | 517 E. Wilson Ave., Suite 202<br>Glendale, California 91206 |
| 4 | Telephone: (818) 500-3200<br>Facsimile: (818) 500-3201 |

andy@coombspc.com
annie@coombspc.com

Attorneys for Plaintiff
Adobe Systems Incorporated

**ADR**

**E-filing**

**FILED**

JUL 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**C08 03519 HRL**

| Adobe Systems Incorporated, | ) | Case No. |
|---|---|---|
| Plaintiff, | ) | PLAINTIFF'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| v. | ) | |
| Trisha Carter, an individual and d/b/a Maggie Grace Designs and Does 1 – 10, inclusive, | ) | |
| Defendants. | ) | |

**REQUEST FOR ASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 21, 2008

J. Andrew Coombs, A Professional Corp.

By: _____
J. Andrew Coombs
Annie S. Wang
Attorneys for Plaintiff Adobe Systems Incorporated

 ORIGINAL

Adobe v. Carter: Declination to Proceed Before Magistrate         - 1 -