# United States District Court
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adobe Systems Incorporated, | **SUMMONS IN A CIVIL CASE** |
| v. | CASE NUMBER:<br>**C08 03519** |
| Trisha Carter, an individual and d/b/a Maggie Grace Designs and Does 1-10, inclusive, | |

E-filing ADR HRS

TO: (Name and address of defendant)

Trisha Carter, an individual and d/b/a
Maggie Grace Designs
1113 S. Range, Ste. 110 - #121
Denham Springs, LA 70726

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Andrew Coombs (SBN 123881)
Annie S. Wang (SBN 243027)
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE **JUL 23 2008**

Betty J. Walton
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me [1]      DATE |
| Name of SERVER      TITLE |

*Check one box below to indicate appropriate method of service*

☐      Served Personally upon the Defendant. Place where served:

☐      Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐      Returned unexecuted:

☐      Other *(specify)*:

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     _____        _____
                      Date                                          Signature of Server

                                                                                        _____
                                                                                        Address of Server

(1)     As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure