**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

July 25, 2008

**CASE NUMBER: CV 08-03519 RS**
**CASE TITLE: ADOBE SYSTEMS INCORPORATED-v-TRISHA CARTER**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division. Case reassigned to the **Honorable Claudia Wilken** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 07/23/08

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking
Clerk

NEW CASE FILE CLERK:

| Copies to: Courtroom Deputies | Special Projects |
| Log Book Noted | Entered in Computer 07/25/08 tsh |

CASE SYSTEMS ADMINISTRATOR:

| Copies to: All Counsel | Transferor CSA |